SFP 2 7 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6282**

18 U.S.C. §1344

**CR-FERGUSON**
MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA )
)
v. )
)
ROBERT SCHACHNER, )
)
Defendant. )
_____ )

### INFORMATION

The United States Attorney charges that:

From on or about July 14, 1997, through on or about April 29, 1999, at Broward, Miami-Dade, and Monroe Counties, in the Southern District of Florida, the defendant,

### ROBERT SCHACHNER,

knowingly and willfully devised and executed and attempted to execute a scheme and artifice to defraud Commercial Bank of Florida, TIB Bank of the Keys, and Bank Atlantic, all financial institutions whose accounts were insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds and assets owned by and under the custody and control of these financial institutions, by means of false and fraudulent pretenses, representations, and promises, in that the defendant caused and attempted to cause the cashing of checks drawn on accounts with the afore-mentioned financial institutions, when he knew that sufficient funds did not exist in the accounts to pay the checks, causing a loss to Bank Atlantic of



approximately $295,993.63 and to Commercial Bank of approximately $73,838.70, in violation of Title 18, United States Code, Section 1344.

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. __1999R02709__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ROBERT SCHACHNER | **Superseding Case Information**: |

**Court Division**: (Select One)

\_\_ Miami \_\_ Key West
_X_ FTL \_\_ WPB \_\_ FTP

New Defendant(s)     Yes \_\_     No \_\_
Number of New Defendants  \_\_
Total number of counts    \_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | \_\_ |
   | II | 6 to 10 days | \_\_ | Minor | \_\_ |
   | III | 11 to 20 days | \_\_ | Misdem. | \_\_ |
   | IV | 21 to 60 days | \_\_ | Felony | _X_ |
   | V | 61 days and over | \_\_ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No   If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

*signature*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                                                    REV 6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant Name: __Robert Schachner__        Case No.: _____

==================================   ==========================================

Count #I: Bank Fraud - 18 U.S.C. §1344

---

Max. Penalty: 30 years' imprisonment & $1,000,000 fine, or fine of twice the gross gain or gross loss
=================================================================================
Count #

---

Max. Penalty:
=================================================================================
Count #

---

Max. Penalty:
=================================================================================
Count #:

---

Max. Penalty:
=================================================================================
Count #:

---

Max. Penalty:
=================================================================================

=================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.