UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282 CR-FERGUSON
Magistrate Judge Snow

Florida Bar No. 272817

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT SCHACHNER,

    Defendant.

_____/

## NOTICE OF PERMANENT APPEARANCE

The law firm of Ruden, McClosky, Smith, Schuster & Russell, P.A. by Marc S. Nurik, Esquire, hereby files Notice of Permanent Appearance as counsel of record for Defendant **ROBERT SCHACHNER** in all District Court proceedings in the above-referenced action and requests that copies of all future correspondence and pleadings be directed to the undersigned.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: GUY A. LEWIS, United States Attorney, and ROBIN ROSENBAUM, Assistant United

1

RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.

States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301, this __12__ day of

October, 2000.

> Respectfully submitted,
>
> RUDEN, McCLOSKY, SMITH
> SCHUSTER & RUSSELL, P.A.
> Attorneys for Robert Schachner
> 15th Floor
> 200 East Broward Boulevard
> Post Office Box 1900
> Fort Lauderdale, Florida 33302
> (954)764-6660; Miami (305)789-2700
> Fax: (954)764-4996
>
> By: _____
> Marc S. Nurik
> Florida Bar No. 272817

FTL:3456413