## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ROBERT SCHACHNER (surrender) | CASE NO: | 00-6282-CR-FERGUSON |
| AUSA: | ROBIN ROSENBAUM / Kinigan | ATTY: | MARK NURIK, ESQ. / Todd Stone |
| AGENT: | | VIOL: | 18:1344  for Nurik |
| PROCEEDING: | I/A ON INFORMATION | RECOMMENDED BOND: | 50,000 PERSONAL SURETY |
| BOND HEARING HELD - yes/no | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 PSB | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x`s a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment. N/A
- ☐ No contact with victims / witnesses N/A
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of changes
Cnsl present

FILED by _____ D.C.
OCT 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE  10-12-00   TIME:  11:00   FTL/LSS TAPE # 00 - 051   Begin: 1655   End: 1842