UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282-CR-FERGUSON

UNITED STATES OF AMERICA

vs

ROBERT SCHACHNER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 12, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____MARK NURIK, ESQ._____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $____50,000 PSB SET_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __12TH__ day of __OCTOBER__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. __00-051__

cc: Copy for Judge
    U. S. Attorney

