UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55489-004

UNITED STATES OF AMERICA )
Plaintiff ) Case Number: CR CC-6282-CR-Ferg
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Schuchner, Robert )
Defendant

TO: Clerk's Office   MIAMI   /FT. LAUDERDALE/   W. PALM BEACH
U.S. District Court       (circle one)

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-12-00 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Bank Fraud

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 6-20-40

(6) Type of Charging Document: (check one)
[ ] Indictment  [ ] Complaint  To be filed/Already filed
Case# CO-6282-CR-Ferg

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: S/Fla

COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ 50,000 P/S
Who set Bond: Snow

(7) Remarks: Surr.

(8) Date: 10-12-00   (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: _____

10