UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282 CR-FERGUSON
Magistrate Judge Snow

Florida Bar No. 272817

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT SCHACHNER,

    Defendant.

_____/

## UNOPPOSED MOTION FOR TRAVEL

Defendant ROBERT SCHACHNER ("SCHACHNER") moves this Honorable Court for an Order authorizing travel to Tampa, Florida so he may spend the Thanksgiving holiday with close family friends, and in support states as follows:

1. On or about October 12, 2000, SCHACHNER voluntarily surrendered and was released pursuant to a $50,000.00 Personal Surety Bond.

2. On or about November 3, 2000, SCHACHNER plead guilty pursuant to a negotiated Plea Agreement

3. SCHACHNER's sentencing is currently scheduled for January 12, 2001.

4. SCHACHNER's close family friends reside in the Tampa, Florida area. He regularly spends the Thanksgiving holidays with them.

FTL:365361:1

1

RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.

FTL:730575:1



5.  SCHACHNER would leave the Southern District on or about Wednesday, November 22, 2000 and return on or before Saturday, November 25, 2000. A very close friend will be driving him from his residence to the Tampa area.

6.  Counsel for SCHACHNER has conferred with counsel for the United States, Assistant United States Attorney Robin Rosenbaum, who has no objection to SCHACHNER's travel.

**WHEREFORE**, Defendant ROBERT SCHACHNER respectfully requests this Court's permission to travel to Tampa, Florida over the Thanksgiving holiday.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: GUY A. LEWIS, United States Attorney, and ROBIN ROSENBAUM, Assistant United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301, this 9th day of November, 2000.

FTL:365361:1

2