UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282 CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT SCHACHNER,

    Defendant.
_____/



## ORDER ON
## UNOPPOSED MOTION FOR CONTINUANCE

THIS MATTER having come before the Court upon Defendant ROBERT SCHACHNER'S

("SCHACHNER") Unopposed Motion for Continuance, and the Court having reviewed the motion

and having considered same, it is hereby:

ORDERED that Defendant ROBERT SCHACHNER'S Unopposed Motion for Continuance

is hereby GRANTED. SCHACHNER'S Sentencing in this cause shall be continued until January

~~26~~ 25TH, 2001, at  9:00  A.M. ~~P.M.~~ (THURSDAY).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this

~~8TH~~ day of  January , 2001.

                                             U.S. DISTRICT COURT JUDGE

Copies furnished:

Marc S. Nurik, Esq.
Robin Rosenbaum, Esq.
Paul Cresce

