SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 13 2001
CLARENCE MADDOX
S.D. OF FLA. FT. LAUD.

CASE # _00-6282-CR-WDF_

DEFENDANT _Robert Schachner_   JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_   DATE _February 2, 2001_

Court Reporter _Paul Haferling_   USPO _Tracey Webb_

AUSA _Beth Mitrani_ _Robin Rosenbaum_   Deft's Counsel _Mark Nurik, Esq_

COUNTS DISMISSED _All Others_

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

_Right to appeal_

**JUDGMENT AND SENTENCE**

Imprisonment    Years    Months _1 day_    Counts _One_
                         _time served_

Supervised Release _3 yrs (see ¶ 4°C for details)_
_11 months H.C.?_
Probation    Years    Months    Counts

Comments _____

Assessment $ _100.00_    Fine $ _None_
Restitution / Other _$62,215.83_

**CUSTODY**
_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal
_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

18