# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**ROBERT SCHACHNER, (J) 55489-004**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06282-001**

Robin S. Rosenbaum, AUSA / Todd I. Stone, Esq
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   One of the Information on November 3, 2000.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1344 | Willfully devising a scheme to defraud banks | 04/26/1999 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s)   **N/A**

☒ Count(s) _____ **N/A** _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:  **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**
Defendant's Date of Birth:  **06/20/1940**
Defendant's USM No.:  **55489-004**
Defendant's Residence Address:
**174 Plantation Avenue**
**Taveriner           FL     33070**

Defendant's Mailing Address:
**174 Plantation Avenue**
**Taveriner           FL     33070**

02/02/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

02/12/01
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By: _____
Deputy Clerk
Date 2/13/01

20

No further action required by
the U.S. Marshals Service.

*[signature]*
UNITED STATES MARSHAL

*[signature]*

_____, SDUSM
Ed Purchase