

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6282-CR-FERGUSON

   Plaintiff,
vs.

**ORDER**

ROBERT SCHACHNER,

   Defendant.
_____/

**THIS CAUSE** having been brought before this Honorable Court and the Court being apprised of all relevant facts and circumstances, it is hereby,

**ORDERED AND ADJUDGED**, that the Defendant's Motion for Permission to Travel is hereby **GRANTED** and the Defendant will be permitted to Travel via air from Miami, Florida to Canes, Frances on January 16, 2002 for the purpose of attending the Midem International Music Market Trade Show. The Defendant is permitted to travel from Canes, France to London, England on January 27, 2002 to attend sales meetings. The Defendant shall return from London, England to Miami, Florida on January 30, 2002. At least one week prior to departure the Defendant shall provide to his probation officer a complete itinerary including the date, time, flight number and airline on which the Defendant shall be traveling and the hotels were the Defendant shall be staying. In addition, upon returning to Miami, Florida the Defendant shall report his return to probation within 24 hours.

FOR EACH DAY THE DEFENDANT IS OUT OF THE DISTRICT A DAY SHALL BE ADDED TO THE DAYS OF HOUSE ARREST.

**DONE AND ORDERED** on this 10th day of January 2002

_____
UNITED STATES DISTRICT JUDGE

cc: Robin Rosenbaum, A.U.S.A.
    Dennis N. Urbano, Esquire
    Paul J. Cresce, Probation Officer