UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282-CR-FERGUSON
(Hurley)



FILED by _____ D.C.
FEB - 9 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Robert Schachner
Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: February 2, 2001

| | |
|---|---|
| Original Offense: | Count One: Willfully Devising a Scheme to Defraud Banks, in violation of 18 U.S.C. § 1344. |
| Original Sentence: | One day incarceration, followed by three (3) years supervised release, with special conditions of eleven (11) months Electronic Monitoring/Home Confinement and restitution to the victim in the amount of $62,215.83 to be paid in monthly installments of $2,194.45. |

Type of Supervision: Supervised Release         Date Supervision Commenced: February 2, 2001

Assistant U.S. Attorney:                        Defense Attorney:
Robin S. Rosenbaum                              Todd I. Stone

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to satisfy the court ordered restitution. On February 2, 2001, restitution in the amount of $62,215.83 was ordered by the court and the supervised releasee has failed to satisfy this financial obligation as ordered or instructed. The supervised releasee was ordered to pay restitution at a rate of $2,194.45 per month, but has failed to make any payments since March 2002 and still owes $37,305.44 in restitution. |

U.S. Probation Officer Recommendation:

[]   The term of supervision should be
[X]  revoked.
[]   extended for _ years, for a total term of _ years.

[]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Sigmund G. Buganski
U.S. Probation Officer
Phone: 305-295-8144
Date: January 13, 2004

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

_____
Date