FILED by _____ D.C.

MAY 26 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
      Plaintiff,

v.

ROBERT SCHACHTNER
DOB: 06-20-1940
PRISONER#: 55489-004      Defendant

CASE NO. 00-6282-CR-Hurley

VIOLATION OF SUPERVISED RELEASE

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 5-26-04  13:30 hrs (Criminal Summons)
2. Spoken language: English
3. Offense(s) charged: Violation of Supervised Release
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 06-20-1940
6. Type of charging document: (Check One)
   [ ] INDICTMENT              [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____         CASE NO. _____

   DISTRICT: _____  (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [X] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES  [ ] NO

   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 5-26-04            9. (illegible) KFPP
10. AGENCY: U.S.M.S         11. 305-296-8023
                                ARRESTING OFFICER
                                PHONE NO.