

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6282-CR-HURLEY
VIOLATION OF SUPERVISED RELEASE

Plaintiff,

ORDER ON INITIAL APPEARANCE
Language  English
Tape No. 05 Box04-KW-HJM (1945-2500)
AUSA _____

v.

Robert Schachner
DOB: 06-20-40
Prisoner #: 55489-004
Defendant.

Agent Sig Bugouski, USPO, Key West, FL.

_____/

The above-named defendant having been arrested on 05-26-04 / (SUMMONS) having appeared before the court for initial appearance on 05-26-04 before Magistrate Judge Hugh J. Morgan, Key West, FL. and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at ~~10:00 A.M.~~ on: TO BE SET Probable Cause/Revocation Hearing before Hon. Daniel T.K. Hurley, U.S. District Judge
4. ~~Arraignment/Preliminary/Removal/Identity hearing~~ is set for ____TO BE SET____.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _____
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   $50,000 = Personal Surety w/o Collateral.

bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel document to the Pretrial Services Office.
✓ b. Report to Pretrial Services as follows: _2_ times a week by phone, _0_ time a week in person; other: _____
__c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.
__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
__I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

*Robert Schachner*
*CASE No. 00-6282-CR-HURLEY*
*VIOLATION OF SUPERVISED RELEASE*

✓ j. Comply with the following additional special conditions of this bond:
    Comply with conditions of Supervised Release.

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing ✓ _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Key West, Florida, this 26th day of May, 2004.

_____
HUGH J. MORGAN
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation