UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6282-CR-HURLEY
Violation of Supervised Release

UNITED STATES OF AMERICA
    Plaintiff,

v.

ROBERT SCHACHNER
    Defendant.
_____/

FILED by ____ . D.C.
JUL 1 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

## ORDER OF APPOINTMENT OF FEDERAL PUBLIC DEFENDER

THIS MATTER is before the Court sua sponte. After review of the record in this matter it is hereby,

ORDERED AND ADJUDGED the Federal Public is hereby appointed to represent ROBERT SCHACHNER in connection with all the proceedings of the alleged violation of Supervised Release.

DONE and ORDERED in Chambers at Key West, Florida this 12th day of July, 2004.

_____
HUGH J. MORGAN
UNITED STATES MAGISTRATE JUDGE

c:  U.S. Attorney Office
    Federal Public Defender, AFPD Stewart Abrams
    U.S. Marshal, DUSM Victor Kerr
    Pretrial Services, Juli Barish
    U.S. Probation Officer Sig Buganski
    Defendant Robert Schachner