UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6282-CR-HURLEY
Violation of Supervised Release

UNITED STATES OF AMERICA

Plaintiff,

vs.

ROBERT SCHACHNER,

Defendant.

_____/

## NOTICE OF APPEARANCE

JOHN F. PHILLIPS, P.A. hereby files this Notice of Appearance as Counsel for the

Defendant, ROBERT SCHACHNER.

DATED THIS _____ day of July 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, along with any
referenced attachments, was forwarded to those set forth on the attached service list by United States
Mail and by facsimile as indicated this _____ day of July 2004

_____
JOHN F. PHILLIPS, ESQUIRE
JOHN F. PHILLIPS, P.A.
Attorney for the Defendant
1401 South Andrews Avenue
Fort Lauderdale, FL 33316
(954) 765-1350
Fax: (954) 765-1975
Florida Bar No.: 348740

## SERVICE LIST

The Honorable Hugh J. Morgan
United States Magistrate Judge
301 Simonton Street
Room 215
Key West, FL 33040-6812
(305) 295-8100

U.S. Attorney's Office
301 Simonton Street
Second Floor
Key West, FL 33040-6812
(305) 961-9000/(305) 294-7070

Federal Public Defender
Stewart Abrams, Esquire
Asst. Federal Public Defender
150 West Flagler
Suite 1500
Miami, FL 33130
(305) 536-6900

U.S. Probation Officer Sigmund Buganski
301 Simonton Street
Room 230
Key West, FL 33040-6812
(305) 295-8144
Fax: (305) 295-8149

U.S. Marshal
Victor Kerr, Deputy United States Marshall
301 Simonton Street
Room 215
Key West, FL 33040-6812
(305) 296-3023

Pretrial Services, Juli Barish
301 Simonton Street
Room 210
Key West, FL 33040-6812
(305) 295-8135