UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282-CR-HURLEY/MORGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs

ROBERT SCHACHNER,

    Defendant.
_____/



## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Robert Schacnher, be terminated as the Defendant has retained, John F. Phillips, Esq., 1401 South Andrews Avenue, Fort Lauderdale, Florida 33316, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                            FEDERAL PUBLIC DEFENDER

                            _____
                            Peter Birch
                            Assistant Federal Public Defender
                            Attorney for Defendant
                            Florida Bar No. 304281
                            400 Australian Ave. Suite 300
                            West Palm Beach, Florida 33401
                            TEL:(561) 833-6288
                            FAX:(561) 833-0368



Birch

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6282-CR-HURLEY
Violation of Supervised Release

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ROBERT SCHACHNER,

    Defendant.
_____/

## NOTICE OF APPEARANCE

JOHN F. PHILLIPS, P.A. hereby files this Notice of Appearance as Counsel for the Defendant, ROBERT SCHACHNER.

DATED THIS _____ day of July 2004.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing, along with any referenced attachments, was forwarded to those set forth on the attached service list by United States Mail and by facsimile as indicated this _____ day of July 2004

JOHN F. PHILLIPS, ESQUIRE
JOHN F. PHILLIPS, P.A.
Attorney for the Defendant
1401 South Andrews Avenue
Fort Lauderdale, FL 33316
(954) 765-1350
Fax: (954) 765-1975
Florida Bar No.: 348740

## **SERVICE LIST**

The Honorable Hugh J. Morgan
United States Magistrate Judge
301 Simonton Street
Room 215
Key West, FL 33040-6812
(305) 295-8100

U.S. Attorney's Office
301 Simonton Street
Second Floor
Key West, FL 33040-6812
(305) 961-9000/(305) 294-7070

Federal Public Defender
Stewart Abrams, Esquire
Asst. Federal Public Defender
150 West Flagler
Suite 1500
Miami, FL 33130
(305) 536-6900

U.S. Probation Officer Sigmund Buganski
301 Simonton Street
Room 230
Key West, FL 33040-6812
(305) 295-8144
Fax: (305) 295-8149

U.S. Marshal
Victor Kerr, Deputy United States Marshall
301 Simonton Street
Room 215
Key West, FL 33040-6812
(305) 296-3023

Pretrial Services, Juli Barish
301 Simonton Street
Room 210
Key West, FL 33040-6812
(305) 295-8135