UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282-CR-HURLEY/MORGAN

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

ROBERT SCHACHNER,

     Defendant.

_____/



FILED by _____ D.C.

AUG 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER TERMINATING APPOINTMENT OF COUNSEL

     It appearing to the Court that the Defendant, Robert SCHACHNER, has retained, John F. Phillips, Esq., to represent him in this proceeding, it is accordingly,

     ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

     DONE AND ORDERED this _11_ day of August, 2004, at West Palm Beach, Florida.

HUGH J. MORGAN
UNITED STATES MAGISTRATE JUDGE

cc:   Peter Birch, AFPD
       Robin Rosenbaum, AUSA
       John F. Phillips, Esq.

# FAX BACK SERVICE LIST
## WEST PALM BEACH, FLORIDA

Robin Rosenbaum
Assistant United States Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301
(954) 356-7255 - Telephone
(954) 356-7336 - Fax


Peter Birch
Assistant Federal Public Defender
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax


John F. Phillips, Esq
1401 South Andrews Avenue
Fort Lauderdale, FL 33316
(954) 765-1350 - Telephone
(954) 765-1975