UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6282-CR-Hurley

UNITED STATES OF AMERICA,

    Plantiff

vs.

Robert Schachner

    Defendant
_____/

ORDER VACATING
SUPERVISED RELEASE PETITION

FILED by _____ D.C.
NOV - 4 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

THIS MATTER is before the Court pertaining to a violation of Supervised Release filed by the United States Probation Office on January 13, 2004, and singed by the Court on February 4, 2004. The Court being duly advised in the premisses and after due consideration, it is

**ORDERED AND ADJUDGED** that the Petition For Warrant or Summons For Offender Under Supervision, signed on February 4, 2004, be and the same is hereby vacated, set aside and of no further force and effect.

**DONE AND ORDERED** in the Chamber at West Palm Beach, Palm Beach County, Florida, this 3RD day of Nov., 2004.

_____
The Honorable Daniel T. K. Hurley
United States District Court Judge
West Palm Beach, Florida

Copies furnished:
AUSA
Defense
U.S. Probation