UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6282-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ROBERT SCHACHNER,
    Defendant.
_____/



## ORDER DENYING PENDING MOTION

THIS CAUSE is before the court upon its own motion following a report from the clerk indicating that defendant's motion s to transfer/set sentencing in Fort Lauderdale, FL, see docket entry 30, remain pending. Upon consideration, it is

ORDERED and ADJUDGED that the motion is **denied as moot**, and the clerk is directed to remove this matter from the motions pending list.

DONE and SIGNED in Chambers at West Palm Beach, Florida this _2ND_ day of August, 2005,

                                      Daniel T. K. Hurley
                                  United States District Judge